AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
FEB 1 4 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

United States of America )
v. )
Carlos Arturo ESCOBAR )   Case No. DR:14-1327M-01
 )
 )
_____ )
         *Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  01/10/2013  in the county of   Val Verde   in the   Western   District of   Texas  , the defendant violated   Title 21   U. S. C. §   841 (a) (1)  , an offense described as follows:

Unlawfully, knowingly, and intentionally possess with intent to distribute a quantity of cocaine base, to wit 3.4 grams gross weight / 1.44 grams net weight, a schedule II controlled substance, in violation of Title 21, United States Code, 841 (a)(1).

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Nicholas Melchiorre, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  02/14/2014

_____
*Judge's signature*

City and state:   Del Rio, Texas      Victor R. Garcia, U.S. Magistrate Judge
*Printed name and title*

Attachment A

On January 10, 2013, HSI and FBI conducted an undercover operation targeting known Texas Syndicate member, and crack cocaine dealer, Carlos Arturo ESCOBAR aka "C-Lo" aka "C-Los" in Del Rio, Texas. On the above stated date, a FBI confidential source successfully purchased 28 bags containing 3.4 grams gross weight / 1.44 grams net weight of crack cocaine from ESCOBAR at a residence located at 209 W Viesca Street in Del Rio, Texas.

The FBI confidential source has provided reliable information to law enforcement on multiple prior occasions.